

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 28, 2024**

_____
United States Bankruptcy Judge
_____

### IN THE UNITED STATE BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **FRENCHIE FONTAE ESTERS** | § | Case No. 23-32400-sgj13 |
| | § | (Chapter 13) |
| Debtor. | § | |

### AGREED ORDER LIFTING AUTOMATIC STAY AS TO COOPERZADEH MANAGEMENT, LLC

On this date, came on for consideration Cooperzadeh Management, LLC's *Motion for Relief for Automatic Stay* [Dkt. 27] ("Motion") and *Debtor's Unopposed Response to Motion for Relief From Stay* [Dkt. 33] ("Response"). The parties have announced that they have reached an agreement regarding Cooperzadeh Management, LLC's Motion which is memorialized herein as follows:

**IT IS ORDERED** that the automatic stay is hereby lifted as to Cooperzadeh Management, LLC;

**IT IS FURTHER ORDERED** that the executory contract by and between Cooperzadeh Management, LLC and Debtor (i.e. Residential Lease Contract dated June 2, 2023) is hereby rejected and that the automatic stay is lifted upon entry of this Order pursuant to 11 U.S.C. § 362(d((2)(A) and (B);

**IT IS FURTHER ORDERED** that Debtor shall vacate the premises known as 274 Creighton Avenue, Red Oak, Ellis County, Texas 75154 by no later than April 12, 2024, at 5:00 p.m. If Debtor fails to timely vacate the premises, Cooperzadeh Management, LLC may forthwith institute any and all legal action necessary and proper to regain possession of the premises at 274 Creighton Avenue, Red Oak, Texas 75154, including filing a forcible entry and detainer action against Debtor and all occupants in a court of competent jurisdiction to regain possession of said premises.  Debtor hereby knowingly and voluntarily waives any appeal of a Judgment of Forcible Entry and Detainer from the Justice Court or the County Court;

**IT IS FURTHER ORDERED** that upon termination of the stay, all communications including but not limited to, notices required by state law, sent by **Cooperzadeh Management, LLC** may be sent directly to the Debtor.

###END OF ORDER###

**AGREED TO AND APPROVED BY:**

| | |
|---|---|
| */s/ Jessica Boone*<br>Jessica Boone<br>Allmand Law Firm, PLLC<br>8350 North Central Expressway, Suite 1200<br>Tel: (214) 265-0123<br>Email: jboone@allmandlaw.com<br>*Attorney for Debtor Frenchie Fontae Esters* | */s/ George A. (Tony) Mallers*<br>George A. "Tony" Mallers<br>COWLES & THOMPSON, P.C.<br>4965 Preston Park Blvd., Suite 320<br>Plano, Texas 75093<br>Tel: (214) 672-2133<br>Fax: (214) 672-2333<br>Email: tmallers@cowlesthompson.com<br>*Attorneys for Cooperzadeh Management, LLC* |

**SUMBITTED BY:**

George A. "Tony" Mallers
COWLES & THOMPSON, P.C.
4965 Preston Park Blvd., Suite 320
Plano, Texas 75093
Tel: (214) 672-2133
Fax: (214) 672-2333
Email: tmallers@cowlesthompson.com
*Attorneys for Cooperzadeh Management, LLC*